# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# YOUNGSTOWN DIVISION

| | |
|---|---|
| In Re: | Case No. 19-40320-rk |
| James A. Mullen, III | Chapter 13 |
| Debtor. | Judge Russ Kendig |

## NOTICE OF APPEARANCE

    Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Northern District of Ohio, and enters an appearance on behalf of U.S. Bank Trust National Association, as Trustee of the PRP II Pals Investments Trust ('Creditor'), in the above captioned proceedings.

                              Respectfully Submitted,

                              /s/ Molly Slutsky Simons
                              Molly Slutsky Simons (0083702)
                              Sottile & Barile, Attorneys at Law
                              P.O. Box 476
                              Loveland, OH 45140
                              Phone: 513.444.4100
                              Email: bankruptcy@sottileandbarile.com
                              Attorney for Creditor

# CERTIFICATE OF SERVICE

I certify that on April 3, 2019, a true and correct copy of this Notice was served:

Via the Court's ECF System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Kelly S. Newbrough, Debtor's Counsel
    kelnewbrou@gmail.com

    Michael A. Gallo, Chapter 13 Trustee
    mgallo@gallotrustee.com

    Office of the U.S. Trustee
    (registeredaddress)@usdoj.gov

And by regular U.S. Mail, postage pre-paid on:

    James A. Mullen, III, Debtor
    2165 Coates Court
    Girard, OH 44420

    /s/ Molly Slutsky Simons
    Molly Slutsky Simons (0083702)
    Attorney for Creditor